[No. 1774.]

IN THE MATTER OF THE APPLICATION OF JENNIE DAME, FOR A WRIT OF PROHIBITION, RELATOR, *v.* JOHN S. ORR AND W. H. A. PIKE, JUDGES OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR WASHOE COUNTY, AND SAID DISTRICT COURT, RESPONDENTS.

ORIGINAL PROCEEDING. Prohibition by Jennie Dame against John S. Orr and W. H. A. Pike, Judges of the Second Judicial District Court of the State of Nevada, in and for Washoe County. **Writ granted.**

The facts sufficiently appear in the opinion.

*M. B. Moore*, for Petitioner.

By the Court, NORCROSS, J.:

This is an original proceeding in prohibition. The facts are similar and the same questions of law are presented as were involved in the case of *In re Dudd Moore,* Petitioner, against the above-named respondents (No. 1776).

For the reasons stated in the opinion in the case last referred to, it is ordered that the writ issue herein as prayed for.